UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELVIN L. VAN, JR.,
    Plaintiff,

No. 1:10-cv-577

-v-

HONORABLE PAUL L. MALONEY

UNITED STATES OF AMERICA,
    Defendant.

## JUDGMENT

Having granted the motion to dismiss filed by Defendant United States, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** is entered in favor of Defendant and against Plaintiff Van.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  September 23, 2010                          /s/ Paul L. Maloney
                                                                                  Paul L. Maloney
                                                                                 Chief United States District Judge